IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **11-cr-105-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    JUAN PENA-RAMIREZ,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Sentencing Hearing set for November 4, 2011 is **VACATED AND RESET** for **November 7, 2011 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated: October 18, 2011